UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASSIN HOLDINGS CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>FORMULA VC LTD., et al.,<br><br>Defendants. | Case No. 15-cv-02294-MEJ   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  November 5, 2015<br>Mediator:  J. Daniel Sharp |

    IT IS HEREBY ORDERED that the request to excuse plaintiff Chassin Holdings Corporation from appearing in person at the November 5, 2015, mediation before J. Daniel Sharp is GRANTED.  The excused party shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

    **IT IS SO ORDERED**.

Dated:  October 29, 2015

Joseph C. Spero
Chief Magistrate Judge