# EXHIBIT A

Proposed Order Approving Stipulation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASSIN HOLDINGS CORPORATION, a British Virgin Islands business company,<br><br>Plaintiff,<br><br>v.<br><br>FORMULA VC FUND I GP, L.P., a Cayman Islands limited partnership; FORMULA VC LTD., a Cayman Islands exempted company; and RENATA AKHUNOVA, an individual<br><br>Defendants. | Case No.  15-02294-MEJ<br><br>AMENDED<br>[PROPOSED] ORDER APPROVING STIPULATION TO MOTION TO AMEND THE COMPLAINT AND PERMISSIVE JOINDER AND AMEND CASE MANAGEMENT DEADLINE |

The Court, after full consideration of the *Plaintiff's Motion for Leave to File Amended Complaint and Permissive Joinder; Supporting Memorandum of Points and Authorities* [D.I. 30] (the "**Motion to Amend**") and the *Stipulation to Motion to Amend the Complaint and Permissive Joinder* (the "**Stipulation**"), and good cause appearing therefor, hereby:

**ORDERS** that the Stipulation is APPROVED

**FURTHER ORDERS** that the Motion to Amend is GRANTED;

**FURTHER ORDERS** that Chassin shall promptly file the amended complaint in the form attached as Exhibit 1 to the Motion to Amend; and

**FURTHER ORDERS** that the Case Management Deadlines established by the *Order Vacating CMC Case Management Order* [D.I. 20] are hereby amended as follows:

- 5 -

| **AMENDED SUMMARY OF CASE MANAGEMENT DEADLINES** | |
| --- | --- |
| Disclosure of Expert Witnesses | 6/31/2016 |
| Disclosure of Rebuttal Expert Witnesses | 7/11/2016 |
| Close of Discovery | 7/26/2016 |
| Deadline to File Dispositive Motions | 8/25/2016 |
| Hearing on Dispositive Motions | |
| Exchange of Pretrial Disclosures | 12/1/2016 |
| Deadline to File Pretrial Conference Statement and Related Disclosures, Motions in Limine, and Trial Briefs and Related Documents | 12/16/2016 |
| Deadline to File Motion in Limine Oppositions | 12/23/2016 |
| Pretrial Conference | ~~1/7/2017~~   1/5/2017 |
| Final Pretrial Conference | ~~2/4/2017~~   2/2/2017 |
| Trial | (Duration: 4 days) |

Date: __December 8, 2015__

_____
~~Chief~~ Magistrate Judge Maria-Elena James
U.S. District Court, Northern District of
California

IT IS ALSO ORDERED: that the plaintiffs shall e-file their amended complaint as a separate document. No chambers copy is required.
Dated: 12/8/2015

- 6 -